# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| OLIVER HOWARD | CIVIL ACTION |
|---|---|
| VERSUS | NO. 07-1110 |
| BURL CAIN, WARDEN | SECTION "J"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Oliver Howard's petition for issuance of a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this ___28th___ day of _____January_____, 2010.

_____
UNITED STATES DISTRICT JUDGE